IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACQUELYN ARCHAMBAULT,

    Plaintiff,　　　　　　　　　　　　No. CIV S-08-1616 LKK GGH PS

  vs.

ADESA GOLDEN GATE,

    Defendant.　　　　　　　　　　　　<u>ORDER</u>
_____/

JACQUELYN ARCHAMBAULT,

    Plaintiff,　　　　　　　　　　　　No. CIV S-09-0856 LKK KJM PS

  vs.

ADESA GOLDEN GATE,　　　　　　　　　　<u>ORDER</u>

    Defendant.
_____/

       Examination of the above-entitled actions reveals that assignment of the matters to the same magistrate judge is likely to effect a substantial saving of judicial effort. <u>See</u> Local Rule 83-123(a). The actions will therefore be assigned to the same magistrate judge.

       Pursuant to the regular practice of this court, the cases will be assigned to the magistrate judge to whom the first filed action was assigned. Reassignment of the newer case

merely has the result that both actions are assigned to the same magistrate judge. No consolidation of the cases is effected.

Accordingly, IT IS HEREBY ORDERED that:

1. The action denominated as No. CIV S-09-0856 LKK KJM PS is reassigned from Magistrate Judge Kimberly J. Mueller to Magistrate Judge Gregory G. Hollows. Henceforth, the caption on all documents filed in the reassigned case shall be shown as No. CIV S-09-0856 LKK GGH PS; and

2. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: April 7, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076
Archambault0856.rel.wpd